**Order entered December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00668-CR

**JEFFREY MICHAEL WINEBERG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83346-2020**

### ORDER

Before the Court is the November 30, 2021 request of court reporter Janet Dugger for additional time to file the reporter's record in this appeal. We **GRANT** the request to the extent we **ORDER** the reporter's record due by January 3, 2022. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 30 days in an ordinary appeal).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE